UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:24-mj- 46 |
| Plaintiff, | CRIMINAL COMPLAINT |
| v. | Attempted Enticement of a Minor using the Internet |
| KYLE DEAN BULT, | 18 U.S.C. § 2422(b) |
| Defendant. | |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about March 9, 2024 and March 10, 2024, in the District of South Dakota, and elsewhere, the Defendant, Kyle Dean Bult, did attempt to use a facility and means of interstate commerce, that is, a cell phone and the internet, to knowingly persuade, induce, entice, and coerce an individual, who had not yet attained the age of 18, namely an undercover law enforcement officer posing as a 15 year-old female, to engage in sexual activity for which the Defendant could be charged with a criminal offense, namely, criminal sexual conduct in violation of South Dakota Codified Law §§ 22-22-1, 22-22-7, and 22-22-24.3, all in violation of 18 U.S.C. § 2422(b).

Nathan Anderson, Special Agent
Homeland Security Investigations

Sworn to and subscribed to me, telephonically, on the 11th day of March, 2024, at Sioux Falls, South Dakota.

VERONICA L. DUFFY
United States Magistrate Judge

<u>Defendant</u>: Kyle Dean Bult

<u>Penalties</u>: Mandatory minimum of 10 years in prison and a maximum of life imprisonment; $250,000 fine; supervised release: a minimum term of 5 years up to life.
Revocation: violations could result in the Defendant being incarcerated up to 5 years upon each revocation, with one exception: A term of imprisonment of at least 5 years and up to life if the Defendant commits any felony offense listed under Chapter 109A (sexual abuse), 110 (sexual exploitation of children), or 117 (transport for illegal sexual activity), or Section 1201 (kidnapping) or 1591 (sex trafficking of children or by force, fraud, or coercion) of Title 18. There is a $5,100 special assessment to the Victims' Assistance Fund. Restitution.